**Order entered October 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00610-CR
### No. 05-13-00611-CR
### No. 05-13-00612-CR

## DOMINIQUE TRAVUN THORNTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F12-55959-U, F12-55960-U, F12-55961-U

## ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 26 and 60, CDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter of the 291st Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE